UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>                Plaintiff,<br><br>  vs.<br><br>CITY OF STOCKTON, a municipal corporation; OSCAR R. VILLAFAN, individually and in his official capacity as an officer for the Stockton Police Department; FARHAD KHAN, individually and in his official capacity as an officer for the Stockton Police Department; and DOES 1-50, inclusive, individually and in their official capacity as officers for the Stockton Police Department,<br><br>                Defendants. | CASE NO.: 2:23-cv-00550-JAM-AC<br><br>**ORDER PLAINTIFF'S<br> MOTION TO PROCEED<br> UNDER A PSEUDONYM** |

**ORDER**

After reviewing Plaintiff's Motion to Proceed in this litigation under a pseudonym. this Court HEREBY issues an Order permitting Plaintiff to proceed in this litigation under the pseudonym, "Jane Doe," and issues a Protective Order restricting the public disclosure of her identity or any information that may reveal her identity

IT IS SO ORDERED.

Dated: April 05, 2023                /s/ John A. Mendez
                                                       THE HONORABLE JOHN A. MENDEZ
                                                       SENIOR UNITED STATES DISTRICT JUDGE